IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| SUELLEN SHAW, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 14-0111-CG-B |
| | ) | |
| MOBILE COUNTY PUBLIC SCHOOL SYSTEM, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Defendants' motions (Docs. 7, 8) are **GRANTED**, and that Plaintiff's claims against Superintendent Peek and School Board Commissioners Harwell, Crenshaw, Foster, Stringfellow, and Roberson be and is hereby **DISMISSED**.

**DONE and ORDERED** this 2nd day of June, 2014.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE